Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
Attorney for Change Your Life, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, f/k/a GREEN TREE SERVICING, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a governmental sponsored enterprise,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STARFIRE CONDOMINIUM OWNERS' ASSOCIATION; CHANGE YOUR LIFE, LLC; ALESSI & KOENIG, LLC,<br><br>　　　　　Defendants. | CASE #: 2:16-cv-02758-JAD-CWH |

**JOINT STIPULATION AND ORDER**

　　Plaintiffs, by and through their counsel of record, Akerman, LLP, and Defendant Change Your Life, LLC, by and through its counsel, the Law Office of Mary F. Chapman, Ltd., hereby stipulate that Defendant Change Your Life, LLC shall have until and including January 6, 2017, within which to file a responsive pleading to the Complaint filed on December 2, 2016, and served upon its resident agent on December 7, 2016.

　　The stipulated extension is not intended to delay proceeds, but is necessary due to the unavailability of the principle of Change Your Life, LLC, who is out of the country for the holiday season.

December ___, 2016         Respectfully submitted,

Law Office of Mary F. Chapman, Ltd

By: /S/ Mary F. Chapman, Esq.
    Mary F. Chapman, Esq
    Law Office of Mary F. Chapman
    8440 W. Lake Mead Blvd., #230
    Las Vegas, NV 89128
    Ph: (702)202-4223
    Fax: (702)202-2003
    Attorney for Change Your Life, LLC


Akerman, LLP

By: /S/ Vatana Lay, Esq.
    Vatana Lay, Esq.
    Darren T. Brenner, Esq.
    Akerman, LLP
    1160 Town Center Drive
    Suite 330
    Las Vegas, NV 89144
    (702)634-5000
    (702)380-8572
    Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: 12/15/16

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE