DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com
           vatana.lay@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC fka Green Tree Servicing, LLC and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING, LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise;<br><br>Plaintiff,<br>vs.<br><br>STARFIRE CONDOMINIUM OWNERS' ASSOCIATION; CHANGE YOUR LIFE, LLC; and ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.: 2:16-cv-02758-JAD-CWH<br><br>**STIPULATION AND ORDER TO STAY ALL LITIGATION DEADLINES FOR 90 DAYS**<br><br>**(First Request)** |

Pursuant to Local Rule 6-2(a), plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Ditech") and Federal National Mortgage Association ("Fannie Mae"), defendant Starfire Condominiums Owners' Association ("Starfire"), and defendant Change Your Life, LLC ("CYL") stipulate to extend and stay the all current litigation deadlines, including any responsive deadlines, deadline to serve initial disclosures, and deadline to file the joint discovery plan and proposed scheduling order.  As grounds therefore, the parties state as follows:

On December 2, 2016, Ditech and Fannie Mae filed their complaint against Starfire, CYL, and Alessi & Koenig, LLC ("Alessi").  (ECF No. 1.)

Alessi and CYL were served on December 5, 2016.  Starfire was served on December 6, 2016.  (ECF Nos. 7, 9-10.)  Starfire filed its answer on December 29, 2016.  (ECF No. 13.).  CYL's responsive pleading is due on January 27, 2017 by way of stipulation between CYL and plaintiffs.

1

1 To date, Alessi has not responded or entered an appearance.

2 On December 13, 20106, Alessi filed a petition for Chapter 7 Bankruptcy in the United
3 States Bankruptcy Court, District of Nevada. *See* Bankruptcy Petition No. 16-16593-abl.

4 The parties are working with the trustee of Alessi's bankruptcy case to determine how to
5 proceed on cases involving Alessi, including the instant case.

6 The parties stipulate to stay all litigation deadlines, including any responsive pleadings,
7 initial disclosures, and the joint discovery plan and proposed scheduling order, for 90 days to allow
8 for the bankruptcy trustee to provide direction on the prosecution of this case. Good cause exists to
9 extend the litigation deadlines.

10 Accordingly, the parties stipulate and request the court stay the all litigation deadlines for 90
11 days.

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

2

DATED January 18, 2017.

| **AKERMAN LLP** | **GORDON & REES LLP** |
|---|---|
| /s/ *Vatana Lay*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiffs Ditech Financial LLC fka Green Tree Servicing, LLC and Federal National Mortgage Association* | /s/ *Robert S. Larsen*<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>JON M. LUDWIG, ESQ.<br>Nevada Bar No. 3998<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorney for Defendant Starfire Condominium Owners' Association* |
| **LAW OFFICE OF MARY F. CHAPMAN, LTD.**<br><br>/s/ *Mary F. Chapman*<br>MARY F. CHAPMAN ESQ.<br>Nevada Bar No. 6591<br>8440 W. Lake Mead Blvd., Suite 203<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Defendant Change Your Life, LLC* | |

### ORDER

IT IS SO ORDERED:

DATED: 1/20/17

_____
UNITED STATES DISTRICT COURT JUDGE

3