# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No. 2:16-cv-02758-JAD-CWH |
| Plaintiff, | |
| v. | |
| STARFIRE CONDOMINIUM OWNERS ASSOCIATION, et al., | **ORDER** |
| Defendants. | |

Presently before the Court is proposed intervenor Nakia Woodson's motion for leave to file (ECF No. 20), filed on October 6, 2017. Ms. Woodson seeks leave to file a motion to intervene in this case. The parties in this case have not filed a response.

Under Local Rule 7-2(d), the failure of an opposing party to file a response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. The Court will therefore grant the motion.

IT IS THEREFORE ORDERED that Nakia Woodson's motion for leave to file (ECF No. 20) is GRANTED. The Clerk shall file the proposed motion to intervene (ECF No. 20, Ex. A) and all attached exhibits.

DATED: October 26, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1